UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| U.S. BANK NAT'L. ASSOC. ) | |
| ) | |
| v. ) | NO. 3:10-0945 |
| ) | JUDGE CAMPBELL |
| THE REED FAMILY REAL ESTATE ) | |
| PARTNERSHIP TWO, L.P., et al. ) | |

ORDER

I hereby recuse myself from this action.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE