IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0945 |
| | ) | Judge Trauger |
| THE REED FAMILY REAL ESTATE | ) | |
| PARTNERSHIP TWO, L.P., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The reference to the Magistrate Judge of this case by Judge Campbell is **WITHDRAWN**. It is hereby **ORDERED** that the Clerk shall issue Judge Trauger's Notice setting this case for an initial case management conference before Judge Trauger on December 6, 2010 at 1:45 p.m.

It is so **ORDERED**.

ENTER this 2nd day of November 2010.

_____
ALETA A. TRAUGER
U.S. District Judge