Motion GRANTED.
*[signature]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, ) ) Plaintiff, ) ) v. ) ) THE REED FAMILY REAL ESTATE ) PARTNERSHIP TWO, L.P., ) ) Defendant. ) | No. 3:10-cv-00945 Judge Trauger |

___

**MOTION TO CANCEL INITIAL CASE MANAGEMENT CONFERENCE AND EXEMPT CASE FROM CUSTOMIZED CASE MANAGEMENT**
___

Plaintiff, U.S. Bank National Association ("US Bank"), moves the Court to exempt this case from customized case management pursuant to Local Rule 16.01 and to cancel the initial case management conference currently scheduled for December 6, 2010 at 1:45 p.m. As grounds for this motion, US Bank would show the Court as follows:

1. The purpose of customized case management is to provide Court-supervised case management tailored to the individual needs of the case and to assist the parties in achieving the most efficient planning, scheduling and progression of the case in order to facilitate the just, speedy and less costly disposition of the action;

2. This action arises from a loan made by US Bank to finance the acquisition and construction of an office building and related property in Williamson County, Tennessee, (the "Project"). The defendant partnership is the borrower under the loan agreement which is secured by, among other things, the respective Project and all gross revenues and rents of the Project. The defendant partnership has defaulted under the terms of the loan documents executed in connection with the loan. As a result of the defaults, US Bank filed a verified complaint seeking