IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VFC PROPERTIES 10 LLC, as Successor Plaintiff to VFC Partners 10, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE REED FAMILY REAL ESTATE PARTNERSHIP TWO, L.P.<br><br>    Defendant. | Civil No. 3:10-0945<br>Judge Trauger |

## **O R D E R**

The court notes in the Receiver's Twenty-Second Monthly Operating Report (Docket No. 62) that over $50,000 has been expended so far this year for legal fees. It is hereby **ORDERED** that the Receiver shall have his counsel file an itemized statement detailing the work performed, with time entries, that justifies this legal fee.

It is so **ORDERED**.

ENTER this 26th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge