IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VFC PROPERTIES 10 LLC, as Successor Plaintiff to VFC Partners 10, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil No. 3:10-0945 Judge Trauger |
| THE REED FAMILY REAL ESTATE PARTNERSHIP TWO, L.P. | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

The court notes in the Receiver's Twenty-Second Monthly Operating Report (Docket No. 62) that over $50,000 has been expended so far this year for legal fees. It is hereby **ORDERED** that the Receiver shall have his counsel file an itemized statement detailing the work performed, with time entries, that justifies this legal fee.

It is so **ORDERED**.

ENTER this 26th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge