IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VFC PROPERTIES 10, LLC, as Successor Plaintiff to VFC PARTNERS 10, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE REED FAMILY REAL ESTATE PARTNERSHIP TWO, L.P., <br><br> Defendant. | Case No. 3:10-cv-00945 <br> Judge Aleta A. Trauger |

## REPORT OF RECEIVER'S COUNSEL ON ATTORNEY FEES

Comes Gullett, Sanford, Robinson and Martin, PLLC ("GSR&M"), counsel for Ben A. Burns, the Receiver appointed herein, and respectfully submits this Report of Receiver's Counsel on Attorney Fees, pursuant to the Court's Order of September 26, 2012 (the "Order"), as follows:

1. As directed in the Court's Order, itemized bills reflecting legal fees and expenses billed to the Receiver in 2012 are attached hereto as collective **Exhibit A**. The total amount billed to the Receiver for fees in 2012 is $52,124.00. The total amount billed to the Receiver for expenses in 2012 is $286.24. These amounts reflect sums billed to the Receiver in 2012, but include a small portion of fees and expenses that Receiver's counsel rendered in December of 2011 and billed in January of 2012. The total amount of fees both rendered and billed in 2012 is $51,961.50, and the total amount of expenses incurred and billed in 2012 is $269.84. Fees rendered in December 2011 and billed in January 2012 total $162.50, and expenses incurred in December 2011 and billed in January 2012 total $16.40.

501933.1/2010858

2.   A number of the attorneys and paralegals who performed services for the Receiver in 2012 did so at a reduced rate, at the request of the Receiver. A listing of the attorney and paralegal standard rates versus the rates charged on this matter appears below:

| Attorney | Standard Hourly Rate for Insolvency Matters | Hourly Rate for this Matter | Hours Billed in 2012 on this Matter |
|---|---|---|---|
| D. Hiatt Collins | $275.00 | $215.00 | 1.00 |
| Thomas H. Forrester | $425.00 | $325.00 | 99.40 |
| Cathey H. Gwyn | $275.00 | $275.00 | 72.00 |
| Allen D. Lentz | $375.00 | $375.00 | 0.70 |
| Mark H. Westlake | $325.00 | $325.00 | 3.20 |
| **Paralegal** | **Standard Hourly Rate for Insolvency Matters** | **Hourly Rate for this Matter** | |
| Amber King | $125.00 | $100.00 | 0.70 |
| Megan W. Pyle | $125.00 | $100.00 | 7.10 |

3.   This report is designed to present to the Court in summary form the itemized fees that GSR&M has charged to the Receiver in 2012. GSR&M will submit a fee application at the conclusion of this matter that describes in detail all work performed on behalf of the Receiver from the appointment of the Receiver in November 2010 to the present.

Respectfully submitted this 3rd day of October, 2012.

/s/ Thomas H. Forrester
Thomas H. Forrester, BPR No. 10956
D. Hiatt Collins, BPR No. 28182
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994
tforrester@gsrm.com; hcollins@gsrm.com;
bke@gsrm.com

*Attorneys for Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2012, except as otherwise noted, a true and exact copy of the foregoing has been served electronically via the Court's CM/ECF electronic filing system on the following:

Robert A. Guy, Jr., Esquire
Frost Brown Todd LLC
424 Church Street, Suite 1600
Nashville, Tennessee 37219
bguy@fbtlaw.com
tcrenshaw@fbtlaw.com

[Via first class mail, postage prepaid]
Mr. Thomas L. Reed, Jr.
The Medical Campus at Campbell Station
1634 Wexford Drive
Murfreesboro, TN 37129

[Via first class mail, postage prepaid]
R. Douglas Cutler, as General Partner and Guarantor
P.O. Box 681946
Franklin, TN 37068-1946

/s/ Thomas H. Forrester
Thomas H. Forrester