IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VFC PROPERTIES 10, LLC, as Successor Plaintiff to VFC PARTNERS 10, LLC, ) ) ) Plaintiff, ) ) v. ) ) THE REED FAMILY REAL ESTATE ) PARTNERSHIP TWO, L.P., ) ) Defendant. ) ) | Case No. 3:10-cv-00945 Judge Aleta A. Trauger |

## REVISED ORDER GRANTING THE APPLICATION FOR APPROVAL OF ALL RECEIVERSHIP FEES, MANAGEMENT FEES, ATTORNEY FEES, AND EXPENSES

This matter is presently before the Court on the application of Ben A. Burns, the Receiver appointed herein of Cornerstone Commercial Real Estate Services of Tennessee, LLC (formerly with Cassidy Turley Midwest Division, Inc.) (the "Receiver"), and Gullett, Sanford, Robinson and Martin, PLLC ("GSR&M"), counsel for the Receiver, for the approval of compensation and reimbursement of expenses.

The application seeks approval of fees of the Receiver for the period October 20, 2010 through September 30, 2012, fees for management of the Receivership property for the period October 20, 2010 through September 30, 2012, and fees and expenses incurred by GSR&M on behalf of the Receiver from October 20, 2010 through September 30, 2012.

It appears to the Court that proper application for professional fees has been made by the applicants, and that such application is appropriate in all respects. It further appears that the application should be granted as more particularly set forth hereinbelow;

IT IS, THEREFORE, ORDERED as follows:

A. The application of the Receiver for allowance of compensation in the amount of $17,510.00 for services rendered for the period October 20, 2010 through September 30, 2012 is hereby granted;

B. The application of the Receiver for allowance of fees paid to the management company Cassidy Turley for management of the Receivership property in the amount of $45,231.40 for the period October 20, 2010 through September 30, 2012 is hereby granted;

C. The application of GSR&M for allowance of compensation in the amount of $66,826.50, and reimbursement of expenses in the amount of $368.27, incurred by GSR&M in rendering services to the Receiver from October 20, 2010 through September 30, 2012 is hereby granted.

ORDERED the __13th__ day of __November__, 2012.

PREPARED FOR ENTRY

/s/ Thomas H. Forrester
Thomas H. Forrester, BPR No. 10956
D. Hiatt Collins, BPR No. 28182
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994
tforrester@gsrm.com: hcollins@gsrm.com;
bke@gsrm.com

*Attorneys for Receiver*

_____
Aleta A. Trauger
United States District Court