IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CAMPBELL STATION INVESTMENTS, LLC, as Successor Plaintiff to U.S. BANK NATIONAL ASSOCIATION, | ) ) ) ) |
| Plaintiff, | ) Case No. 3:10-cv-00945 |
| | ) Judge Aleta A. Trauger |
| v. | ) Magistrate Judge John S. Bryant |
| | ) |
| THE REED FAMILY REAL ESTATE PARTNERSHIP TWO, L.P., | ) ) ) |
| Defendant. | ) |

## ORDER DISCHARGING RECEIVER AND DISMISSING RECEIVERSHIP ACTION WITHOUT PREJUDICE

Plaintiff Campbell Station Investments, LLC (the "Plaintiff"), as assignee of VFC Properties 10, LLC, and Receiver Ben A. Burns of Cornerstone Commercial Real Estate Services of Tennessee, LLC (formerly with Cassidy Turley Midwest Division, Inc.) (the "Receiver"), through counsel, have jointly moved the Court to (i) discharge the Receiver from his duties upon disbursement of the final cash funds on hand, and (ii) terminate the receivership and dismiss this action without prejudice. Having considered the joint motion and the attachments thereto, and the Court finding good cause therefore, it is hereby ORDERED:

1. The Receiver's final accounting is hereby accepted, and upon disbursement of the remaining funds in the receivership, the Receiver is discharged from his duties as Receiver. No further reports shall be due from the Receiver including for any prior months, and as to

disbursement of the final funds on hand, the Receiver shall simply provide to the Plaintiff an accounting regarding such funds if requested;

2. The Court retains jurisdiction over all matters concerning the receivership, if necessary to interpret and enforce the terms of this Order; and

3. The property comprising the receivership has been duly and properly foreclosed and sold to the Plaintiff and/or fully administered. Accordingly, this receivership is hereby terminated, and pursuant to Rule 66, Federal Rules of Civil Procedure, this action is dismissed without prejudice, with any costs assessed to the Plaintiff.

Enter this 13th day of November, 2012.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED FOR ENTRY:

/s/ Thomas H. Forrester
Thomas H. Forrester, BPR No.10956
Gullett, Sanford, Robinson & Martin, PLLC
The Pinnacle @ Symphony Place
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994
tforrester@gsrm.com

*Attorneys for Ben A. Burns, Receiver*

 /s/  Robert A. Guy, Jr.
Robert A. Guy, Jr., Esquire
Frost Brown Todd LLC
The Pinnacle @ Symphony Place
150 Third Avenue South, Suite 1900
Nashville, Tennessee 37210
(615) 251-5550
bguy@fbtlaw.com

*Attorneys for Plaintiff, Campbell Station Investments, LLC*